

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| EX PARTE: MIGUEL SALAZAR, | § | No. 08-14-00243-CR |
| | § | |
| Appellant. | § | Appeal from the |
| | § | 409th Judicial District Court |
| | § | of El Paso County, Texas |
| | § | (TC# 20050D03190-409-2) |
| | § | |

**O R D E R**

The Court GRANTS the State's third motion for extension of time to file the brief until

**June 13, 2015**.  NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE

STATE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jaime Esparza, the State's Attorney, prepare the

State's brief and forward the same to this Court on or before June 13, 2015.

IT IS SO ORDERED this 14th day of May, 2015.

PER CURIAM

Before McClure, CJ, Rodriguez, and Hughes, JJ.